AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAFAEL PINEDA-MOJICA,

Petitioner,

v.

WARDEN STACEY N. JONES,

Respondent

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 321-017

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 1, 2021, the Report and Recommendations of the U.S. Magistrate Judge is adopted as the opinion of the Court. The Respondent, Warden Stacey N. Jones' Motion to Dismiss is granted and the Petitioner's 28 U.S.C. § 2441 is dismissed as moot. This case stands closed.



June 1, 2021  
Date

John E. Triplett, Clerk of Court  
Clerk

*James R. Burrell*  
(By) Deputy Clerk

GAS Rev 10/2020